**LAW OFFICES OF DAVID PALACE**
383 KINGSTON AVE. #113
BROOKLYN, NY 11213
TEL: (347) 651-1077
FAX: (347) 464-0012
EMAIL: DAVIDPALACE@GMAIL.COM

July 22, 2016

VIA ELECTRONIC FILING

Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Grossman v. Central Credit Services LLC.*
             Docket No. 1:16-cv-02325-PKC-VMS

Dear Judge Scanlon,

    I represent the Plaintiff in the above referenced matter, and write to advise the Court that the parties have reached a settlement in the above matter.  It is my hope that within 45 days I should be able to file a dismissal in this matter.  This time is necessary for the parties to execute an agreement in writing.

    I thank the Court in advance for its consideration in this matter.

                                             Respectfully Submitted,

                                             LAW OFFICES OF DAVID PALACE
                                             By:__s/David Palace_____
                                             David Palace