UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

**Zevie Grossman,**

       **Plaintiffs,**

                        1:16-cv-02325-PKC-VMS

       **v.**

**Central Credit Services LLC**

       **Defendant,**

------------------------------------------------------------------------x

### NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF AGAINST ALL DEFENDANTS PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated: Brooklyn, New York
         August 24, 2016

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

*Attorneys for Plaintiff*